IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHEYENNE WARREN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:25-cv-00882-RAH |
| GRAND SOUTH SENIOR LIVING, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

On November 24, 2025, the Magistrate Judge recommended (*see* doc. 6) that this case be dismissed as time-barred. To date, no objection or response by Plaintiff has been filed. Upon an independent review of the file and for good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 6) is **ADOPTED**;
2. This case is **DISMISSED**; and,
3. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 15th day of December 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE